UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL PINEDA-ROSI,<br>a/k/a/ JOSE VARGAS-VELEZ,<br><br>Defendant. | NOS.  CR-04-240-RHW<br>         CV-07-132-RHW<br><br>**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY** |

Before the Court is Defendant's Motion for Time Reduction by an Inmate in Federal Custody under 28 U.S.C. § 2255 (Ct. Rec. 35). The motion was filed in the Eastern District of Washington on April 30, 2007.

Defendant pled guilty to illegal reentry in violation of 8 U.S.C. § 1326 and on October 31, 2005, was sentenced to 27 months incarceration, 3 years supervised release, and a $100 special penalty assessment (Ct. Rec. 32). Defendant also admitted to violating his conditions of supervised release and was sentenced to an additional 10 months, in CR-05-098-RHW. Judgement was entered on November 4, 2005. Defendant did not appeal his sentence.           Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Rule 4") the Court must independently examine a Section 2255 motion to determine whether summary dismissal is warranted. Dismissal is appropriate if the movant's "allegations, viewed against the record, either fail to state a claim for relief or are so palpably incredible or patently frivolous as to warrant summary dismissal." *Marrow v. United States*, 772 F.2d 525, 526 (9th Cir. 1985); *see also*

**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY** ~ 1

*United States v. Leonti*, 326 F.3d 1111, 1116 (9th Cir. 2003).

On November 8, 2007, the Court entered an Order to Show Cause Why Summary Dismissal is Not Appropriate (Ct. Rec. 36). On December 4, 2007, Defendant filed his response. Defendant asserts that equitable tolling should be granted because he did not have access to what he needed, does not know English, and does not know the laws or procedures.

The Court finds that Defendant has not met his burden of showing that the statute of limitations should be equitably tolled.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Time Reduction by an Inmate in Federal Custody under 28 U.S.C. § 2255 (Ct. Rec. 35) is **DISMISSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, to provide a copy to the Defendant.

**DATED** this 28th day of March, 2008.

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\2004\Pineda-Rosi aka Vargas-Velez\dismiss.wpd

**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY ~ 2**